UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br> v.<br><br>3 ACRES OF LAND, MORE OR LESS, IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; and STATE OF CALIFORNIA, *et al.*,<br><br>   Defendants. | **DECLARATION OF TAKING**<br><br>Civil No. **'22CV1325 AJB  RBB** |

**DECLARATION OF TAKING**

  I, Hector Montalvo, Director, Border Patrol Air and Marine Program Management Office, Facilities Management and Engineering, Office of Facilities and Asset Management, U.S. Customs and Border Protection, Department of Homeland Security, under the authority delegated to me by the Act of Congress approved November 25, 2002, as Public Law 107-296, 116 Stat. 2311 and codified at 6 U.S.C. §§ 202, 251, and 557, which transferred certain authorities of the Attorney General to the Secretary of Homeland Security; and by DHS Delegation No. 7010.3(II)(B), which delegated land acquisition authority from the Secretary of Homeland Security to the Commissioner of U.S. Customs and Border Protection; and by CBP Delegation No. 08-004, which delegated land acquisition authority to the Executive Director, Facilities Management and Engineering; and by CBP Delegation No. 09-003, which further delegated land acquisition authority under $3 million to the Director, Border Patrol Air and Marine Program Management Office (formerly known as the Director, Office of Border Patrol Program), Facilities Management and Engineering;  do hereby declare that:

1. The authority for the acquisition of the estate in the property taken is set forth in Schedule A.

2. The public purpose for which the property is taken is set forth in Schedule B.

3. The legal description of the property taken is set forth in Schedule C.

4. A map or plat showing the land being taken is set forth in Schedule D.

5. The estate taken in the property is set forth in Schedule E.

6. The amount estimated to be just compensation for the taking, which sum I caused to be deposited in the Registry of the Court for the use and benefit of the persons entitled to it, is set forth in Schedule F. I am of the opinion that the ultimate award for the taking will be within the limit prescribed by law on the price to be paid for it.

7. The names and addresses of known parties who have or may claim an interest in the property are set forth in Schedule G.

8. The United States of America made best efforts to negotiate timely acquisition of the property interest sought prior to filing this condemnation action.

I, Hector Montalvo, hereby state and declare that the property rights acquired are taken in the name of and for the use of the United States of America under the authority and for the public purpose stated herein.

IN WITNESS WHEREOF, the United States of America, by direction of the Secretary of the Department of Homeland Security and the Director, Border Patrol Air and Marine Program Management Office, U.S. Customs and Border Protection, hereunto

authorized, subscribes his name this _____ day of _____, 2022 in the City of Washington, District of Columbia.

BY: _____
HECTOR E. MONTALVO
Digitally signed by HECTOR E. MONTALVO
Date: 2022.06.03 13:25:55 -07'00'

Hector Montalvo
Director, Border Patrol Air and Marine Program Management Office
Facilities Management and Engineering
Office of Facilities and Asset Management
U.S. Customs and Border Protection
Department of Homeland Security

## SCHEDULE A

### AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, in Section 102 of Division C, Title I of the Omnibus Consolidated Appropriations Act of 1997, Pub. L. No. 104-208, div C, tit. I, § 102, 110 Stat. 3009-546, 3009-554-55 (1996) (amended and codified at 8 U.S.C. § 1103(b) & note), which authorizes land acquisition for purposes of border security; the Act of Congress approved December 20, 2019, in Section 209 of Division D, Title II of the Consolidated Appropriations Act, 2020, Pub. L. No. 116-93, div. D, tit. II, § 209, 133 Stat. 2317, 2511 (2019), appropriating the funds that shall be used for the condemnation; and the Act of Congress approved December 20, 2019, in Section 527 of Division D, Title V of the Consolidated Appropriations Act, 2020, Pub. L. No. 116-93, div. D, tit. V, § 527, 133 Stat. 2506, 2529 (2019), authorizing the use of the appropriated funds for real property costing less than $2,000,000.

## **SCHEDULE B**

### PUBLIC PURPOSE

The public purpose for which said property is taken is to continue operating, maintaining, repairing, and improving a U.S. Border Patrol immigration checkpoint.

# SCHEDULE C

## LEGAL DESCRIPTION

A portion of Section 30, Township 17 South, Range 02 East, San Bernardino Base and Meridian, San Diego County, California, and being more particularly described as follows:

COMMENCING AT THE SOUTHWEST CORNER OF SECTION 30, T-17-S, R-02-E, SAN BERNADINO BASE AND MERIDIAN, SAN DIEGO COUNTY, CALIFORNIA, THENCE N 22° 26' 55" E 1912.49 FEET TO A ¾" IRON PIPE WITH PLASTIC PLUG STAMPED "RCE 8195" ON THE NORTH RIGHT-OF-WAY OF STATE ROUTE 94, AS SHOWN ON RECORD OF SURVEY 15414 DATED 16-DECEMBER-1996 BY CHARLES W. CHRISTENSEN, RCE 8195 AS THE POINT OF BEGINNING; THENCE ALONG SAID NORTH RIGHT-OF-WAY THE FOLLOWING CALLS, S 74° 49' 16" E 110.05 FEET TO A 1" IRON PIPE WITH ¾" DIV. HWYS. TAG FOR THE POINT OF CURVATURE; THENCE ALONG A CURVE TO THE LEFT 435.40 FEET, THROUGH A CENTRAL ANGLE OF 22° 40' 44", RADIUS OF 1100.00 FEET, CHORD BEARING S 86° 09'38" E 432.57 FEET TO A 1" IRON PIPE WITH ¾" DIV. HWYS. TAG; THENCE N 82° 30' 00" E 328.03 FEET TO A 1" IRON PIPE WITH ¾" DIV. HWYS. TAG FOR THE POINT OF CURVATURE; THENCE ALONG A CURVE TO THE RIGHT 417.18 FEET THROUGH A CENTRAL ANGLE OF 19° 55' 07", RADIUS OF 1200.00 FEET, CHORD BEARING S 87° 32' 27" E 415.08 FEET TO A ¾" IRON PIPE WITH PLASTIC PLUG STAMPED "RCE 8195"; THENCE LEAVING SAID NORTH RIGHT-OF-WAY N 12° 25' 07" E 59.84 FEET TO A ¾" IRON PIPE WITH PLASTIC PLUG STAMPED "RCE 8195"; THENCE N 74° 44' 20" W 189.91 FEET TO A ¾" IRON PIPE WITH PLASTIC PLUG STAMPED "RCE 8195"; THENCE N 89° 58' 12" W 90.87 FEET TO A ¾" IRON PIPE WITH PLASTIC PLUG STAMPED "RCE 8195"; THENCE S 82° 39' 29" W 159.39 FEET TO A ¾" IRON PIPE WITH PLASTIC PLUG STAMPED "RCE 8195"; THENCE N 88° 23' 58" W 188.18 FEET TO A ¾" IRON PIPE WITH PLASTIC PLUG STAMPED "RCE 8195"; THENCE N 74° 54' 58" W 210.44 FEET TO A ¾" IRON PIPE WITH PLASTIC PLUG STAMPED "RCE 8195"; THENCE S 78° 10' 23" W 322.32 FEET TO A ¾" IRON PIPE WITH PLASTIC PLUG STAMPED "RCE 8195"; THENCE S 84° 43' 51" W 142.42 FEET TO A ¾" IRON PIPE WITH PLASTIC PLUG STAMPED "RCE 8195"; THENCE S 15° 10' 44" W 37.51 FEET TO THE POINT OF BEGINNING AND CONTAINING 3.00 ACRES MORE OR LESS.

Being the same as the parcel described in Record of Survey, Instrument No. 1997-0033782, recorded January 24, 1997, Book of Record of Survey Maps, Page 15414, San Diego County, California; and being the same as the parcel described in Memorandum of Lease between Barbara Daley, Successor Trustee of the Lawrence A. Daley Trust, and the United

States of America, dated May 9, 2001, Instrument No. 2001-0311662, recorded on May 16, 2001, San Diego County, California.

## SCHEDULE D

## MAP or PLAT





## SCHEDULE E

ESTATE TAKEN

The estate taken is fee simple, inclusive of all rights owned by the State of California, subject to the existing easement held by the San Diego Gas & Electric Company, Instrument No. 2007-0795185, recorded with the San Diego County Recorder's Office on December 27, 2007, existing flowage easements of record held by the City of San Diego, and preexisting rights of the United States of America.

## **SCHEDULE F**

### ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is NINETEEN THOUSAND, FIVE HUNDRED DOLLARS AND NO/100 ($19,500.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

## SCHEDULE G

### INTERESTED PARTIES

| Interested Party | Reference(s) |
|---|---|
| **State of California**<br><br>Office of the Attorney General<br>C/o Douglas Baxter<br>600 West Broadway, Suite 1800<br>San Diego, CA 92101 | Grant Deed No. 2001-0311663, dated March 15, 2001, recorded with the San Diego County Recorder's Office on May 16, 2001. |
| **Unknown heirs and/or devisees of Maria A. Burton, Nellie Burton, and Henry H. Burton** | U.S. patent issued to Maria A. Burton, Nellie Burton, and Henry H. Burton on October 26, 1876. |