RANDY GROSSMAN
United States Attorney

BENJAMIN M. SCHNEIDER
U.S. Department of Justice
Environment & Natural Resources Div.
P.O. Box 7611 – Ben Franklin Station
Washington, DC 20044
benjamin.schneider@usdoj.gov
Telephone: 202-598-3372
Maryland Bar No. 1712140166
District of Columbia Bar No. 888283848

*Attorneys for Plaintiff United States of America*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> 3 ACRES OF LAND, MORE OR LESS, IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; and STATE OF CALIFORNIA, et al. <br><br> Defendants. | Civ. No. 22-1325-AJB-RBB <br> Judge Battaglia <br><br> **NOTICE OF SERVICE BY PUBLICATION** |

In accordance with Federal Rule of Civil Procedure 71.1(d)(3)(B)(i), the undersigned attorney for Plaintiff United States of America herby certifies that he believes the hereinafter named defendants cannot be personally served because, after diligent inquiry, the place of residence of the said defendants cannot be ascertained

1

by Plaintiff: Unknown heirs and/or devisees of Maria A. Burton, Nellie Burton, and Henry H. Burton.

The United States will serve these defendants by publication in accordance with Rule 71.1(d)(3)(B).

DATED: September 21, 2022        UNITED STATES OF AMERICA

/s/ *Benjamin M. Schneider*
BENJAMIN M. SCHNEIDER
benjamin.schneider@usdoj.gov

*Attorney for Plaintiff United States of America*